# Pepper Hamilton LLP
### Attorneys at Law

Suite 200
100 Market Street
P.O. Box 1181
Harrisburg, PA 17108-1181
717.255.1155
Fax 717.238.0575

Thomas B. Schmidt, III
direct dial: 717.255.1164
schmidtt@pepperlaw.com

November 13, 2018

*Via Electronic Filing System*

The Honorable John E. Jones, III
Federal Building and
U.S. Courthouse
228 Walnut Street
Harrisburg, PA 17108

Re: *Melissa Dyann Penn vs. Galen Detweiler, et al.*, No. 1:18-cv-00912-JEJ

Dear Judge Jones:

I am the appointed mediator in this case and have scheduled a mediation conference for next Tuesday, November 20, 2018. Pursuant to LR 16.8.7(d) the individual defendants, who are York City police officers, have submitted through counsel a request to be excused from attending. One of them is on active military duty in Cuba and the other is on family leave. No party opposes the request. Even though the request was not submitted within the time prescribed by the rule, I recommend granting it. Persons with the necessary authority to settle will be attending the conference.

I have enclosed a copy of the request letter and proposed order.

Respectfully,

Thomas B. Schmidt, III

cc: ECF

Philadelphia   Boston   Washington, D.C.   Los Angeles   New York   Pittsburgh
Detroit   Berwyn   Harrisburg   Orange County   Princeton   Silicon Valley   Wilmington

www.pepperlaw.com

# MARSHALL DENNEHEY
## WARNER COLEMAN & GOGGIN

ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM

A PROFESSIONAL CORPORATION
2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856

Direct Dial: (215) 575-2871
Email: jpgonzales@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

November 13, 2018

Thomas B. Schmidt, III
Pepper Hamilton
100 Market Street, Suite 200
P.O. Box 1181
Harrisburg, PA 17108-1181

    RE:  Melissa Dyann-Penn vs. Galen Detweiler, Bradley Engle and City of York
           Claim No.:  FAS1477
           Our File No.: 20021.00305

Dear Mr. Schmidt:

    As you know, I represent the City of York Defendants in the above-captioned matter which is scheduled for a Mediation before you on November 20, 2018. This letter is to advise you that the two (2) individually named police officers, cannot attend the Mediation. Officer Engle is currently on active duty in Cuba and Officer Detweiler is on family leave. The City, however, will have a representative attending the Mediation with full settlement authority and the authority to speak on behalf of the individual defendants. Additionally, a representative of Travelers Insurance Company with full settlement authority will be attending.

    Neither Officer Detweiler nor Officer Engle have the authority to consent or oppose any settlement that may be reached.

    I have reached out to all counsel and they have joined in the City Defendants' request.

    I enclose a Proposed Order for the signature of Judge Jones which excuses Officer Detweiler and Officer Engle from attending the Mediation.

    Thank you for your attention to this matter.

Very truly yours,

John P. Gonzales

JPG:MP

Cc:  David Freedman, Esquire
      Leticia Chavez-Freed, Esquire

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN, | : |
| Plaintiff, | : |
| | : C.A. No. 1:18-CV-00912-JEJ |
| v. | : |
| | : (Judge John E. Jones III) |
| GALEN DETWEILER, York City Police Department; | : |
| BRADLEY ENGLE, York City Police Department; | : JURY TRIAL DEMANDED |
| CITY OF YORK; | : |
| COUNTY OF YORK; | : |
| JOHN DOES and JANE DOES 1 -10, | : |
| Defendants. | : |

## ORDER

And now come this _____ day of _____, 2018, upon consideration of the request of Defendants, Galen Detweiler and Bradley Engle, and upon recommendation of the Mediator, it is hereby ORDERED and DECREED that Defendants, Galen Detweiler and Bradley Engle are excused from attending the Mediation Conference in the above-captioned matter.

_____
                                                        J.