**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

2000 Market Street, Suite 2300, Philadelphia, PA 19103
(215) 575-2600  Fax (215) 575-0856

Direct Dial:  (215) 575-2871
Email:  jpgonzales@mdwcg.com

PENNSYLVANIA
Allentown
Doylestown
Erie
Harrisburg
King of Prussia
Philadelphia
Pittsburgh
Scranton

NEW JERSEY
Mount Laurel
Roseland

DELAWARE
Wilmington

OHIO
Cincinnati
Cleveland

FLORIDA
Ft. Lauderdale
Jacksonville
Orlando
Tampa

NEW YORK
Long Island
New York City
Westchester

May 24, 2019

Honorable John E. Jones, III
U.S. District Court, Middle District of PA
228 Walnut Street
P.O. Box 983
Harrisburg, PA  17108

RE:   Melissa Dyann-Penn vs. Galen Detweiler, Bradley Engle and City of York
       Claim No.:     FAS1477
       Our File No.:  20021.00305

Dear Judge Jones:

   Pursuant to the Court's May 24, 2019 Order, the parties conferred via telephone in order to resolve the matter of scheduling plaintiff's IME.  I am pleased to report that the parties have agreed to proceed with scheduling plaintiff's IME, and no further action is needed from the Court.

   Thankyou for your attention to this matter.

                                             Respectfully yours,

                                             */s/ John P. Gonzales*

                                             John P. Gonzales

JPG:MP

cc:   Donald B. Hoyt, Esquire,  (dhoyt@blakeyyost.com)
      Patricia Siebert, Paralegal,  (psiebert@yorkcity.org)
      Leticia C. Chavez-Freed, Esquire,  (leticia@chavez-freedlaw.com)

LEGAL/122865897.v1