## IN THE UNITED STATES DISTRICT COURT FOR
## THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN, <br><br> *Plaintiff*, <br><br> v. <br><br> GALEN DETWEILER, *et al.*, <br><br> *Defendants*. | CIVIL ACTION NO. 1:18-CV-00912 |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)

It is hereby **STIPULATED** and **AGREED,** by and between all parties and their respective counsel, that *only* Defendant Bradley Engle ("Defendant Engle") is voluntarily dismissed, with prejudice, from the above-captioned action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties agree to bear their own costs and attorneys' fees associated with the prosecution of claims against Defendant Engle.

**THE CHAVEZ-FREED LAW OFFICE, LLC**

By: /s/ Leticia C. Chavez-Freed, Esquire
**Leticia C. Chavez-Freed, Esquire**
PA Attorney ID No. 323615
2600 N. 3rd Street
2nd Floor
Harrisburg, PA 17110
(717) 893-5698
leticia@chavez-freedlaw.com
*Counsel for Plaintiff, Melissa Dyann Penn*

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: _____
John P. Gonzales, Esquire
PA Attorney ID No. 71265
2000 Market Street, Suite 2300
Philadelphia, PA 19103
(215) 575-2871
jpgonzales@mdwcg.com
*Counsel for Defendants, City of York, Bradley Engle, and Galen Detweiler*

**CITY OF YORK**

By: /s/ Donald B. Hoyt, Esquire
Assistant City Solicitor
PA Attorney ID No. 18061
101 S. George St.
York, PA 17401
(717) 845-3674
psiebert@yorkcity.org
*Counsel for Defendants, City of York, Bradley Engle, and Galen Detweiler*

SO ORDERED: _____
July 15, 2019 J.