# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN,<br><br>    *Plaintiff*,<br><br>v.<br><br>GALEN DETWEILER, *et al.*,<br><br>    *Defendants*. | CIVIL ACTION NO. 1:18-CV-00912<br><br>Judge John E. Jones III |

## ORDER

**AND NOW,** this _____ day of _____, 2019, upon consideration of the Motion for Summary Judgment filed on behalf of Defendants, Galen Detweiler and the City of York ("Defendants"), and any Response(s) thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion for Summary Judgment is **GRANTED** and that judgment is entered in favor of Defendants and against Plaintiff on all counts.

                                                    **BY THE COURT:**

                                                    _____

                                                               J.

# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN,<br><br>　　　　　　*Plaintiff*,<br><br>　　v.<br><br>GALEN DETWEILER, *et al.*,<br><br>　　　　　　*Defendants*. | CIVIL ACTION NO.  1:18-CV-00912<br><br>Judge John E. Jones III |

## DEFENDANTS, THE CITY OF YORK AND GALEN DETWEILER'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56(a) and Local Rule of Civil Procedure 56.1, Defendants, Galen Detweiler and the City of York, by and through their counsel, John P. Gonzales, Esquire, and Marshall, Dennehey, Warner, Coleman & Goggin, P.C., respectfully move for Summary Judgment in their favor and against Plaintiff Melissa Dyann Penn.  In support thereof, Defendants rely upon and incorporate by reference: the arguments, facts, and authorities set forth in the attached Memorandum of Law; and the Statement of Undisputed Material Facts and exhibits attached thereto.

**WHEREFORE**, Defendants respectfully request that judgment be entered in their favor and against Plaintiff Melissa Dyann Penn, and that the Court enter the attached Order.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By:_____
JOHN P. GONZALES
Attorney ID No. 71265
2000 Market Street, Suite 2300
Philadelphia, PA  19103
P: (215) 575-2871/F: (215) 575-2871
E-mail:  jpgonzales@mdwcg.com
*Counsel for Defendants*

Date: August 1, 2019

## CERTIFICATE OF SERVICE

I, JOHN P. GONZALES, ESQUIRE, counsel for Defendants, Galen Detweiler and the City of York, caused a true and correct copy of Defendants' Motion for Summary Judgment and supporting documentation was electronically filed with the Court, and is available for viewing and downloading from the ECF System.

          **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

Dated: August 1, 2019    By: _____
          JOHN P. GONZALES, ESQUIRE
          *Attorney for Defendants*
          Attorney ID No. 71265
          2000 Market Street, Suite 2300
          Philadelphia, PA 19103
          P: (215) 575-2871/F: (215) 575-0856
          E-mail: jpgonzales@mdwcg.com