# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN, | |
| *Plaintiff*, | CIVIL ACTION NO. 1:18-cv-00912 |
| v. | |
| GALEN DETWEILER, *et al.*, | The Honorable John E. Jones |
| *Defendants*. | |

# ORDER

AND NOW, this _____ day of _____, 2019, upon consideration of Defendants' Motion in *Limine* to Preclude Facebook Posts, and any Response thereto, it is hereby **ORDERED** and **DECREED** that Defendants' Motion *in Limine* is **GRANTED**, and Plaintiff is precluded at trial from introducing any Facebook posts purportedly authored by Defendant Galen Detweiler and Craig Losty.

                                                 **BY THE COURT:**

                                                                               _____

                                                                                              J.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN, | |
| *Plaintiff*, | CIVIL ACTION NO. 1:18-cv-00912 |
| v. | |
| GALEN DETWEILER, *et al.*, | The Honorable John E. Jones |
| *Defendants*. | |

## DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE FACEBOOK POSTS

Defendants, the City of York and Galen Detweiler, by and through their counsel, John P. Gonzales, Esquire, and Marshall Dennehey Warner Coleman and Goggin, P.C., respectfully move for an Order precluding Plaintiff from introducing evidence of any Facebook posts allegedly authored by Officer Detweiler and former York City Police Inspector Craig Losty at trial. These Facebook posts were not included in Plaintiff's production despite Defendants' demands, nor were they identified in Plaintiff's Rule 26 disclosures. Furthermore, the social media posts Plaintiff intends to admit are not authenticated or relevant to the issues in dispute in this case. In support of this Motion, Defendants respectfully submit the attached Memorandum of Law and incorporate it by reference herein.

Respectfully submitted,

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By:_____
JOHN P. GONZALES
Attorney ID No. 71265
MONICA L. SIMMONS
Attorney ID No. 323605
2000 Market Street, Suite 2300
Philadelphia, PA  19103
P: (215) 575-2871/F: (215) 575-0856
E-mail:  jpgonzales@mdwcg.com
           mlsimmons@mdwcg.com

*Attorneys for Defendants, East Whiteland Township and John Nagel*

Date: October 18, 2019

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN, | |
| *Plaintiff*, | CIVIL ACTION NO. 1:18-cv-00912 |
| v. | |
| GALEN DETWEILER, *et al.*, | The Honorable John E. Jones |
| *Defendants*. | |

## CERTIFICATE OF SERVICE

I,  John P. Gonzales, Esquire, do hereby certify that a true and correct copy of Defendants' Motion *in Limine* to Preclude Facebook Posts, and the Memorandum of Law in Support thereof, was electronically filed with the Court on October 18, 2019, and is available for viewing and downloading from the ECF System.

        MARSHALL DENNEHEY WARNER
        COLEMAN & GOGGIN

By: _[signature]_
    JOHN P. GONZALES
    Attorney ID No. 71265
    MONICA L. SIMMONS
    Attorney ID No. 323605
    2000 Market Street, Suite 2300
    Philadelphia, PA  19103
    P: (215) 575-2871/F: (215) 575-0856
    E-mail:  jpgonzales@mdwcg.com
              mlsimmons@mdwcg.com
    *Attorneys for Defendants*

Date: October 18, 2019

### IN THE UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA DYANN PENN, *Plaintiff*, v. GALEN DETWEILER, et al., *Defendants*. | CIVIL ACTION NO. 1:18-CV-00912<br><br>The Honorable John E. Jones III |

### CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

The undersigned counsel hereby certifies that, pursuant to the Local Rules of Civil Procedure for the Middle District of Pennsylvania, Rule 7.1, he contacted Plaintiff's counsel on October 18, 2019, to seek concurrence with the attached Motion *in Limine* and Plaintiff's counsel does not concur with the Motion.

                                      MARSHALL DENNEHEY WARNER
                                      COLEMAN & GOGGIN

By: _____
       JOHN P. GONZALES
       Attorney ID No. 71265
       MONICA L. SIMMONS
       Attorney ID No. 323605
       2000 Market Street, Suite 2300
       Philadelphia, PA  19103
       P: (215) 575-2871/F: (215) 575-0856

                                                  E-mail:  jpgonzales@mdwcg.com  
                                                            mlsimmons@mdwcg.com  
                                                            *Attorneys for Defendants*

Date: October 18, 2019