# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA DYANN PENN, | : | Civil No. 1:18-CV-00912 |
| Plaintiff, | : | |
| v. | : | |
| GALEN DETWEILER, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 10th day of April, 2020, as discussed during the status conference on April 8, 2020, **IT IS ORDERED** that the following schedule shall govern this case:

1. Pretrial memoranda, proposed voir dire, and proposed jury instructions shall be submitted on or before **September 15, 2020**.

2. A pretrial conference is scheduled for **October 8, 2020 at 1:00 p.m.** The conference will be by telephone. Counsel for Plaintiff shall initiate the call by calling chambers at (717) 221-3970 after all parties are on the line.

3. Jury selection and trial shall begin on **October 13, 2020 at 9:30 a.m.** in Courtroom No. 1, Ninth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania. This is a trial date certain. Counsel are attached

for trial.  Trial will commence immediately following the completion of jury selection.

<u>s/Jennifer P. Wilson</u>
JENNIFER P. WILSON
United States District Court Judge
Middle District of Pennsylvania
