## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MELISSA DYANN PENN,                   :       Civil No. 1:18-CV-00912

    Plaintiff,                              :

    v.                                        :

GALEN DETWEILER,                       :

    Defendant.                            :       Judge Jennifer P. Wilson

FILED
HARRISBURG, PA
OCT 1 9 2020

## VERDICT FORM

We, the jury in the above-captioned action, find, on the questions submitted

to us, as follows:

1. Did Galen Detweiler violate Melissa Penn's constitutional rights by using

    excessive force when he arrested her?

        Yes ___          No X

*Proceed to question 2.*

2. Did Galen Detweiler commit a battery against Melissa Penn?

        Yes ___          No X

*Proceed to question 3.*

3. Did Galen Detweiler commit intentional infliction of emotional distress

    against Melissa Penn?

        Yes ___          No X

*If you answered no to all of questions 1–3, please sign and date this form and*

*advise the Clerk that you have reached a verdict, otherwise proceed to question 4.*

1

4. If you answered yes to any of questions 1–3, what amount of compensatory or nominal damages do you award to Melissa Penn?

$_____
Compensatory damages

$_____
Nominal damages

*Proceed to question 5.*

5. If you answered yes to any of questions 1–3, is Galen Detweiler liable for punitive damages?

Yes _____          No _____

*Proceed to question 6.*

6. If you answered yes to question 5, what amount of punitive damages do you award to Melissa Penn?

$_____

*Please sign and date this form and advise the Clerk that you have reached a verdict.*

Signature of Foreperson

10 / 19 / 2020
Date