# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | | |
|---|---|---|
| MELISSA DYANN PENN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:18-CV-00912 |
| GALEN DETWEILER | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Judgment is entered in favor of Defendant, Galen Detweiler and against Plaintiff, Melissa Dyann Penn.

This action was *(check one)*:

☑ tried by a jury with Judge Jennifer P. Wilson presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: October 20, 2020

*CLERK OF COURT*

s/ Victoria Edleblute
*Signature of Clerk or Deputy Clerk*