# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELLISA DYANN PENN | : | |
| | : | CIVIL ACTION NO.: 1:18-CV-00912 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| GALEN DETWEILER | : | |
| | : | ***JURY TRIAL DEMANDED*** |
| | : | |
| Defendants. | : | |

## PRAECIPE TO WITHDRAW BILL OF COSTS

TO THE CLERK:

Kindly withdraw the Bill of Costs (Doc. 174) filed on behalf of Defendant, Galen Detweiler on or about November 12, 2020, in the above-captioned matter, with prejudice. All costs and fees to be borne by the respective parties.

    Respectfully submitted,

    **MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**

By: _____
JOHN P. GONZALES, ESQUIRE
*Attorney for Defendant, Galen Detweiler*
Attorney ID No. 71265
2000 Market Street, Suite 2300
Philadelphia, PA 19103
P: (215) 575-2871/F: (215) 575- 0856
E-mail: jpgonzales@mdwcg.com

LEGAL/135675279.v1